Certificate Number: 17572-PAE-DE-040678896

Bankruptcy Case Number: 26-10704



17572-PAE-DE-040678896

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 2, 2026, at 8:30 o'clock AM PST, Sean J Townsend completed a course on personal financial management given by telephone by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 2, 2026                    By:    /s/Dorianne Santiago

                                        Name:  Dorianne Santiago

                                        Title: Counselor