United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Sean J. Townsend

Debtor

Case No. 26-10704-djb

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2

Date Rcvd: Mar 19, 2026

User: admin

Form ID: 309I

Page 1 of 4

Total Noticed: 58

The following symbols are used throughout this certificate:

**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sean J. Townsend, 1141 E Hortter St, Philadelphia, PA 19150-3104 |
| 15106258 | + | Acima Credit, 4th Floor, 9815 South Monroe Street, Sandy, UT 84070-4384 |
| 15106395 | | Aetna, Attn: Bankruptcy, P.O. Box 7411668, Chicago, IL 60674-5668 |
| 15106261 | | Atlantic City Expressway, Attn: Bankruptcy, P.O. Box 4871, Trenton, NJ 08650 |
| 15106268 | + | Delaware River Port Authority, Attn: Bankruptcy, P.O. Box 4971, Trenton, NJ 08650-4971 |
| 15106333 | + | Grant Money, LLC, 132 Hawthorne Street, San Francisco, CA 94107-1308 |
| 15106276 | | LVNV Funding LLC/Resurgent Capital Services, Resurgent Correspondence, Attn: Bankrupt, Greenville, SC 29602 |
| 15106291 | | Selfinc/Lead, Self Financial, Inc., Attn: Bankruptcy P, Southlake, TX 76092-9998 |
| 15106294 | + | Systems & Services Tech Inc, Attn: Bankruptcy Dept, 5161 California Ave Suite 100, Irvine, CA 92617-8002 |
| 15106296 | + | Temple Health, Attn: Bankruptcy, 3401 N Broad St, Philadelphia, PA 19140-5103 |
| 15106334 | | Tilt.com, Inc., 370 Townsend St, San Francisco, CA 94107-1607 |
| 15106301 | + | Zolve/Cfsb, Attn: Bankruptcy, 401 N Franklin Street Suite 2400, Houston, TX 77002-1481 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: help@cibiklaw.com | Mar 20 2026 01:45:00 | MICHAEL A. CIBIK, Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102 |
| tr | + | Email/Text: bncnotice@ph13trustee.com | Mar 20 2026 01:45:00 | KENNETH E. WEST, Office of the Chapter 13 Standing Truste, 190 N. Independence Mall West, Suite 701, Philadelphia, PA 19106-1552 |
| smg | | Email/Text: megan.harper@phila.gov | Mar 20 2026 01:46:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Mar 20 2026 05:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Mar 20 2026 01:46:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 15106257 | + | EDI: AAFES | Mar 20 2026 05:40:00 | AAFES, Attn: Bankruptcy, PO Box 650060, Dallas, TX 75265-0060 |
| 15106259 | + | Email/Text: jvalencia@amhfcu.org | Mar 20 2026 01:46:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 15106260 | + | Email/Text: bankruptcy@dfckc.com | Mar 20 2026 01:46:00 | Armed Forces Bank, Attn: Bankruptcy, PO Box 26458, Kansas City, MO 64196-6458 |
| 15106262 | ^ | MEBN | Mar 20 2026 01:44:05 | Atlas Credit Card, Attn: Bankruptcy Department, 300 Coventry Road, Kensington, CA 94707-1214 |
| 15106300 | | Email/Text: megan.harper@phila.gov | | |

District/off: 0313-2 | User: admin | Page 2 of 4
Date Rcvd: Mar 19, 2026 | Form ID: 309I | Total Noticed: 58

| | | | |
|---|---|---|---|
| | | Mar 20 2026 01:46:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax Lit & Collections Unit, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15106263 | EDI: JPMORGANCHASE | Mar 20 2026 05:40:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15106264 | + Email/Text: omx-bnc-bk-notices@chime.com | Mar 20 2026 01:46:00 | Chime, Attn: Bankruptcy, 101 California Street, Suite 500, San Francisco, CA 94111-3580 |
| 15106265 | + Email/Text: omx-bnc-bk-notices@chime.com | Mar 20 2026 01:46:00 | Chimefinal, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 15106266 | Email/Text: bankruptcy@philapark.org | Mar 20 2026 01:46:00 | City of Philadelphia, Attn: Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15106267 | + Email/Text: bankruptcynotices@current.com | Mar 20 2026 01:46:00 | Current, Attn: Bankruptcy, 217 Centre St #180,, New York, NY 10013-3624 |
| 15106269 | + EDI: DISCOVER | Mar 20 2026 05:40:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15106974 | ^ MEBN | Mar 20 2026 01:43:26 | FIRST PORTFOLIO VENTURES II, LLC, 3091 Governors Lake Drive Suite 500, Peachtree Corners, GA 30071-1135 |
| 15106270 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 20 2026 02:03:25 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15106271 | ^ MEBN | Mar 20 2026 01:42:40 | Grimley Financial Corporation, Attn: Bankruptcy, 1415 Route 70 E Ste Ll5, Cherry Hill, NJ 08034-2229 |
| 15106272 | EDI: IRS.COM | Mar 20 2026 05:40:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15106273 | + Email/Text: BNCnotices@dcmservices.com | Mar 20 2026 01:45:00 | Jefferson Health, Attn: Bankruptcy, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15106274 | + Email/Text: CollectionsDept@jfcu.org | Mar 20 2026 01:46:00 | Justice Federal Credit Union, Attn: Bankruptcy Dept, 5175 Parkstone Drive Suite 200, Chantilly, VA 20151-3816 |
| 15106275 | Email/Text: bankruptcy@kashable.com | Mar 20 2026 01:45:00 | Kashable Llc, Attn: Bankruptcy Dept, 489 5th Ave, 18th Floor, New York, NY 10017 |
| 15107900 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2026 02:03:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15106277 | Email/Text: bankruptcy@marinerfinance.com | Mar 20 2026 01:45:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15106278 | ^ MEBN | Mar 20 2026 01:44:01 | Maryland Transportation Authority, Attn: Bankruptcy, P.O. Box 5060, Middle River, MD 21220-0060 |
| 15106279 | Email/Text: bankruptcy@moneylion.com | Mar 20 2026 01:46:00 | Moneylion, Inc, Attn: Bankruptcy Dept, P.O. Box 1547, Sandy, UT 84091-1547 |
| 15106280 | Email/Text: bankruptcynotification@montereyfinancial.com | Mar 20 2026 01:45:00 | Monterey Financial Services. LLC, Attn: Bankruptcy, 4095 Avenida De La Plata, Oceanside, CA 92056-5802 |
| 15106281 | + EDI: NFCU.COM | Mar 20 2026 05:40:00 | NAVY FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 15106282 | EDI: NFCU.COM | Mar 20 2026 05:40:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 15106283 | + Email/Text: opportunitynotices@gmail.com | Mar 20 2026 01:46:00 | Opploans, Attn: Bankruptcy, P.o. Box 5040, Fredericksburg, VA 22403-0640 |
| 15106284 | ^ MEBN | Mar 20 2026 01:43:35 | PA Turnpike Toll By Plate, Attn: Bankruptcy, P.O. |

District/off: 0313-2                        User: admin                              Page 3 of 4

Date Rcvd: Mar 19, 2026                     Form ID: 309I                            Total Noticed: 58

| Recip ID | | Notice Type | Notice Date | Name and Address |
|---|---|---|---|---|
| | | | | Box 645631, Pittsburgh, PA 15264-5254 |
| 15106285 | + | Email/Text: bankruptcygroup@peco-energy.com | Mar 20 2026 01:46:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15106288 | | Email/Text: bkrgeneric@penfed.org | Mar 20 2026 01:45:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, P.O. Box 1432, Alexandria, VA 22313-2032 |
| 15106289 | ^ | MEBN | Mar 20 2026 01:43:31 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15106286 | + | Email/Text: bkrgeneric@penfed.org | Mar 20 2026 01:45:00 | Penfed Cu, Attn: Bankruptcy, P.O.Box 1432, Alexandria, VA 22313-1432 |
| 15106287 | | EDI: PENNDEPTREV | Mar 20 2026 05:40:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15106290 | | Email/Text: bankruptcy@philapark.org | Mar 20 2026 01:46:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15115292 | | EDI: Q3G.COM | Mar 20 2026 05:40:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15115646 | | EDI: Q3G.COM | Mar 20 2026 05:40:00 | Quantum3 Group LLC as agent for Sadino Funding LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 15106292 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Mar 20 2026 01:45:00 | Sezzle, Attn: Bankruptcy, 700 Nicollet Mall, Suite 640, Minneapolis, MN 55402 |
| 15106293 | + | EDI: AGFINANCE.COM | Mar 20 2026 05:40:00 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 15106295 | ^ | MEBN | Mar 20 2026 01:43:38 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 15106297 | | Email/Text: billing@unitedmilitarytravel.com | Mar 20 2026 01:45:00 | United Military Travel, Attn: Bankruptcy, 999 Waterside Dr Ste 2525, Norfolk, VA 23510-3316 |
| 15106299 | | Email/Text: RASEBN@raslg.com | Mar 20 2026 01:45:00 | USAA Federal Savings Bank, c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC, 6409 Congress Ave Ste 100, Boca Raton, FL 33487-2853 |
| 15106298 | | EDI: USBANKARS.COM | Mar 20 2026 05:40:00 | Us Bk Cacs, Attn: Bankruptcy, PO Box 5229, Cincinatti, OH 45201-5229 |

TOTAL: 46

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15107901 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 19, 2026 | Form ID: 309I | Total Noticed: 58 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Mar 21, 2026 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Sean J. Townsend help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Sean J. Townsend <br> First Name   Middle Name   Last Name | Social Security number or ITIN:  xxx–xx–8999 <br> EIN:  _ _ – _ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:  _ _ _ _ <br> EIN:  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court:  Eastern District of Pennsylvania | | Date case filed for chapter:     13     2/20/26 |
| Case number:   26–10704–djb | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

10/20

---

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Sean J. Townsend | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1141 E Hortter St <br> Philadelphia, PA 19150 | |
| 4. | **Debtor's attorney** <br> Name and address | MICHAEL A. CIBIK <br> Cibik Law, P.C. <br> 1500 Walnut Street <br> Suite 900 <br> Philadelphia, PA 19102 | Contact phone 215–735–1060 <br><br> Email:  help@cibiklaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | KENNETH E. WEST <br> Office of the Chapter 13 Standing Trustee <br> 190 N. Independence Mall West <br> Suite 701 <br> Philadelphia, PA 19106 | Contact phone 215–627–1377 <br><br> Email:  ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at  https://pacer.uscourts.gov. | 900 Market Street <br> Suite 400 <br> Philadelphia, PA 19107 | Hours open: <br> Philadelphia Office –– 9:00 A.M. to 4:00 P.M; <br> Reading Office –– 9:00 A.M. to 4:00 P.M. <br><br> Contact phone (215)408–2800 <br><br> Date: 3/19/26 |

**For more information, see page 2**

Debtor  **Sean J. Townsend**                                                                                        Case number **26–10704–djb**

| 7. Meeting of creditors<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 1, 2026 at 9:45 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br>Time is approximate. Due to the nature of these meetings, some may run longer than others. Please stay connected until the meeting is called. | **Location:**<br>**The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (267) 362–3661, Enter Meeting ID 224 079 6575, and Passcode 6266025562**<br><br>For additional meeting info. go to https://www.justice.gov/ust/moc |
|---|---|---|
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br><br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 6/30/26** |
|  | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/1/26** |
|  | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 8/19/26** |
|  | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |  |
|  | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | A plan has NOT been filed to date. Once the plan is filed, debtor shall serve the plan on parties in accordance with Local Rule 3015–2. The hearing on confirmation will be held on:<br>**5/28/26** at **9:30 AM** , Location: **Zoom. For Zoom link, see the current, Hearing Calendar for the Judge on the, Court website** |  |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |  |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |  |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |  |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. |  |