# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

     Sean J. Townsend,

          Debtor.

Case No.  26-10704-DJB

Chapter 13

## Certificate of Service

I, Michael A. Cibik, certify that on March 27, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: March 27, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service: CM/ECF**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Method of Service: First Class Mail**

**AAFES**
Attn: Bankruptcy
PO Box 650060
Dallas, TX 75265

**Aetna**
Attn: Bankruptcy
P.O. Box 7411668
Chicago, IL 60674-5668

**Armed Forces Bank**
Attn: Bankruptcy
PO Box 26458
Kansas City, MO 64196

**Atlantic City Expressway**
Attn: Bankruptcy
P.O. Box 4871
Trenton, NJ 08650

**Chime**
Attn: Bankruptcy
101 California Street, Suite 500
San Francisco, CA 94111

**Chimefinal**
Attn: Bankruptcy
Po Box 417
San Francisco, CA 94104

**Delaware River Port Authority**
Attn: Bankruptcy
P.O. Box 4971
Trenton, NJ 08650

**Discovercard**
Po Box 30939
Salt Lake City, UT 84130

**Grimley Financial Corporation**
Attn: Bankruptcy
1415 Route 70 E Ste Ll5
Cherry Hill, NJ 08034-2229

**Hertz Corporation**
8501 Williams Road
Estero, FL 33928

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**Jefferson Health**
Attn: Bankruptcy
PO Box 1123
Minneapolis, MN 55440

**Justice Federal Credit Union**
Attn: Bankruptcy Dept
5175 Parkstone Drive Suite 200
Chantilly, VA 20151

**Kashable Llc**
Attn: Bankruptcy Dept
489 5th Ave, 18th Floor
New York, NY 10017

**LVNV Funding LLC**
Attn: Bankruptcy
P.O. Box 1269
Greenville, SC 29602

**Mariner Finance**
Attn: Bankruptcy
8211 Town Center Dr
Nottingham, MD 21236-5904

**Maryland Transportation Authority**
Attn: Bankruptcy
P.O. Box 5060
Middle River, MD 21220

**Monterey Financial Services. LLC**
Attn: Bankruptcy
4095 Avenida De La Plata
Oceanside, CA 92056-5802

**NAVY FCU**
Attn: Bankruptcy
PO Box 3000
Merrifield, VA 22119

**Opploans**
Attn: Bankruptcy
P.o. Box 5040
Fredericksburg, VA 22403

**PA Turnpike Toll By Plate**
Attn: Bankruptcy
P.O. Box 645631
Pittsburgh, PA 15264-5254

**PECO Energy Company**
2301 Market St
Philadelphia, PA 19103-1338

**Penfed Cu**
Attn: Bankruptcy
P.O.Box 1432
Alexandria, VA 22313-2032

**Pennsylvania Dept. of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Method of Service: First Class Mail (cont.)**

**PGW**
Legal - Bankruptcy Unit
800 W Montgomery Ave Fl 3
Philadelphia, PA 19122-2806

**Philadelphia Parking Authority**
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

**Quantum3 Group, LLC**
Attn: Sadino Funding LLC
Po Box 788
Kirkland, WA 98083-0788

**Selfinc/Lead**
Self Financial, Inc., Attn: Bankruptcy
PO Box 11
Southlake, TX 76092-9998

**Sezzle**
Attn: Bankruptcy
700 Nicollet Mall, Suite 640
Minneapolis, MN 55402

**Springlf Fin**
Po Box 1010
Evansville, IN 47706

**Telecom Self-reported**
Po Box 4500
Allen, TX 75013

**Temple Health**
Attn: Bankruptcy
3401 N Broad St
Philadelphia, PA 19140

**United Military Travel**
Attn: Bankruptcy
999 Waterside Dr Ste 2525
Norfolk, VA 23510-3316

**Water Revenue Bureau**
c/o Pamela Elchert Thurmond
Tax Lit & Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

**Zip Inc.**
Attn: Bankruptcy
156 2nd St
San Francisco, CA 94105