# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No.  26-10704-DJB |
| Sean J. Townsend, | Chapter 13 |
| Debtor. | |

## Certificate of Service

I, Michael A. Cibik, certify that on May 5, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Hktuv'Co gpf gf 'Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: Ma{'7, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

## Method of Service: CM/ECFCF

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

## Method of Service: First Class Mail

**Pentagon Federal Credit Union**
Attn: Bankruptcy
P.O. Box 1432
Alexandria, VA 22313-2032

**Quantum3 Group, LLC**
Attn: Sadino Funding LLC
Po Box 788
Kirkland, WA 98083-0788