United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 26-10704-djb
Sean J. Townsend Chapter 13
Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 03, 2026 | Form ID: 155 | Total Noticed: 61 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sean J. Townsend, 1141 E Hortter St, Philadelphia, PA 19150-3104 |
| 15106395 | | Aetna, Attn: Bankruptcy, P.O. Box 7411668, Chicago, IL 60674-5668 |
| 15106261 | | Atlantic City Expressway, Attn: Bankruptcy, P.O. Box 4871, Trenton, NJ 08650 |
| 15106268 | + | Delaware River Port Authority, Attn: Bankruptcy, P.O. Box 4971, Trenton, NJ 08650-4971 |
| 15106276 | | LVNV Funding LLC/Resurgent Capital Services, Resurgent Correspondence, Attn: Bankrupt, Greenville, SC 29602 |
| 15106291 | | Selfinc/Lead, Self Financial, Inc., Attn: Bankruptcy P, Southlake, TX 76092-9998 |
| 15106294 | + | Systems & Services Tech Inc, Attn: Bankruptcy Dept, 5161 California Ave Suite 100, Irvine, CA 92617-8002 |
| 15106296 | + | Temple Health, Attn: Bankruptcy, 3401 N Broad St, Philadelphia, PA 19140-5103 |
| 15106334 | | Tilt.com, Inc., 370 Townsend St, San Francisco, CA 94107-1607 |
| 15106301 | + | Zolve/Cfsb, Attn: Bankruptcy, 401 N Franklin Street Suite 2400, Houston, TX 77002-1481 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15106257 | + | Email/Text: BankruptcyNotices@aafes.com | Sep 04 2026 02:02:00 | AAFES, Attn: Bankruptcy, PO Box 650060, Dallas, TX 75265-0060 |
| 15106258 | + | Email/Text: bankruptcy@acima.com | Sep 04 2026 02:02:00 | Acima Credit, 4th Floor, 9815 South Monroe Street, Sandy, UT 84070-4384 |
| 15106259 | + | Email/Text: bankruptcy@amhfcu.org | Sep 04 2026 02:02:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 15106260 | + | Email/Text: bankruptcy@dfckc.com | Sep 04 2026 02:02:00 | Armed Forces Bank, Attn: Bankruptcy, PO Box 26458, Kansas City, MO 64196-6458 |
| 15106262 | ^ | MEBN | Sep 04 2026 02:01:37 | Atlas Credit Card, Attn: Bankruptcy Department, 300 Coventry Road, Kensington, CA 94707-1214 |
| 15138571 | + | Email/Text: bkattorneynotices@gmail.com | Sep 04 2026 02:02:00 | Brandon S. Lefkowitz, 29777 Telegraph Road, Suite 2440, Southfield, MI 48034-7667 |
| 15106300 | | Email/Text: megan.harper@phila.gov | Sep 04 2026 02:02:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax Lit & Collections Unit, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15138572 | + | Email/Text: opportunitynotices@gmail.com | Sep 04 2026 02:02:00 | Capital Community Bank, c/o Opportunity Financial, LLC, P.O. Box 5040, Fredericksburg, VA 22403-0640 |
| 15106263 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 04 2026 02:05:52 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15106264 | + | Email/Text: omx-bnc-bk-notices@chime.com | Sep 04 2026 02:02:00 | Chime, Attn: Bankruptcy, 101 California Street, Suite 500, San Francisco, CA 94111-5802 |
| 15106265 | + | Email/Text: omx-bnc-bk-notices@chime.com | Sep 04 2026 02:02:00 | Chimefinal, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |

| | | | | |
|---|---|---|---|---|
| 15106266 | | Email/Text: bankruptcy@philapark.org | Sep 04 2026 02:02:00 | City of Philadelphia, Attn: Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15106267 | + | Email/Text: bankruptcynotices@current.com | Sep 04 2026 02:02:00 | Current, Attn: Bankruptcy, 217 Centre St #180,, New York, NY 10013-3624 |
| 15106269 | + | Email/Text: mrdiscen@discover.com | Sep 04 2026 02:02:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15106974 | ^ | MEBN | Sep 04 2026 02:01:28 | FIRST PORTFOLIO VENTURES II, LLC, 3091 Governors Lake Drive Suite 500, Peachtree Corners, GA 30071-1135 |
| 15106270 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 04 2026 02:05:48 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15106333 | + | Email/Text: bankruptcy@kikoff.com | Sep 04 2026 02:02:00 | Grant Money, LLC, 132 Hawthorne Street, San Francisco, CA 94107-1308 |
| 15106271 | ^ | MEBN | Sep 04 2026 02:01:39 | Grimley Financial Corporation, Attn: Bankruptcy, 1415 Route 70 E Ste Ll5, Cherry Hill, NJ 08034-2229 |
| 15106272 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 04 2026 02:02:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15129635 | | Email/Text: bankruptcy@dfckc.com | Sep 04 2026 02:02:00 | Armed Forces Bank, N.A, 1201 Walnut St Ste 1100, Kansas City, MO 64105 |
| 15106273 | + | Email/Text: BNCnotices@dcmservices.com | Sep 04 2026 02:02:00 | Jefferson Health, Attn: Bankruptcy, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15106274 | + | Email/Text: CollectionsDept@jfcu.org | Sep 04 2026 02:02:00 | Justice Federal Credit Union, Attn: Bankruptcy Dept, 5175 Parkstone Drive Suite 200, Chantilly, VA 20151-3816 |
| 15128734 | | Email/Text: bankruptcy@kashable.com | Sep 04 2026 02:02:00 | Kashable LLC, PO Box 4287, New York, NY 10163 |
| 15106275 | | Email/Text: bankruptcy@kashable.com | Sep 04 2026 02:02:00 | Kashable Llc, Attn: Bankruptcy Dept, 489 5th Ave, 18th Floor, New York, NY 10017 |
| 15107900 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 04 2026 02:05:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15106277 | | Email/Text: bankruptcy@marinerfinance.com | Sep 04 2026 02:02:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15106278 | ^ | MEBN | Sep 04 2026 02:01:42 | Maryland Transportation Authority, Attn: Bankruptcy, P.O. Box 5060, Middle River, MD 21220-0060 |
| 15106279 | | Email/Text: bankruptcy@moneylion.com | Sep 04 2026 02:02:00 | Moneylion, Inc, Attn: Bankruptcy Dept, P.O. Box 1547, Sandy, UT 84091-1547 |
| 15106280 | | Email/Text: bankruptcynotification@montereyfinancial.com | Sep 04 2026 02:02:00 | Monterey Financial Services. LLC, Attn: Bankruptcy, 4095 Avenida De La Plata, Oceanside, CA 92056-5802 |
| 15106281 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 04 2026 02:02:00 | NAVY FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 15106282 | | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 04 2026 02:02:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 15131133 | + | Email/PDF: cbp@omf.com | Sep 04 2026 02:05:51 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 15106283 | + | Email/Text: opportunitynotices@gmail.com | Sep 04 2026 02:02:00 | Opploans, Attn: Bankruptcy, P.o. Box 5040, Fredericksburg, VA 22403-0640 |
| 15106284 | ^ | MEBN | Sep 04 2026 02:01:33 | PA Turnpike Toll By Plate, Attn: Bankruptcy, P.O. Box 645631, Pittsburgh, PA 15264-5254 |

| | | | | |
|---|---|---|---|---|
| 15106285 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 04 2026 02:02:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15106288 | | Email/Text: bkrgeneric@penfed.org | Sep 04 2026 02:02:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, P.O. Box 1432, Alexandria, VA 22313-2032 |
| 15106289 | ^ | MEBN | Sep 04 2026 02:01:29 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15106286 | + | Email/Text: bkrgeneric@penfed.org | Sep 04 2026 02:02:00 | Penfed Cu, Attn: Bankruptcy, P.O.Box 1432, Alexandria, VA 22313-1432 |
| 15106287 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 04 2026 02:02:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15164909 | ^ | MEBN | Sep 04 2026 02:01:30 | Philadelphia Gas Works, 800 W Montgomery Ave, 3F, Phila Pa 19122-2898 |
| 15106290 | | Email/Text: bankruptcy@philapark.org | Sep 04 2026 02:02:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15115292 | | Email/Text: bnc-quantum@quantum3group.com | Sep 04 2026 02:02:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15115646 | | Email/Text: bnc-quantum@quantum3group.com | Sep 04 2026 02:02:00 | Quantum3 Group LLC as agent for Sadino Funding LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 15106292 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Sep 04 2026 02:02:00 | Sezzle, Attn: Bankruptcy, 700 Nicollet Mall, Suite 640, Minneapolis, MN 55402 |
| 15106293 | + | Email/PDF: cbp@omf.com | Sep 04 2026 02:05:48 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 15106295 | ^ | MEBN | Sep 04 2026 02:01:34 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 15106297 | | Email/Text: billing@unitedmilitarytravel.com | Sep 04 2026 02:02:00 | United Military Travel, Attn: Bankruptcy, 999 Waterside Dr Ste 2525, Norfolk, VA 23510-3316 |
| 15106299 | | Email/Text: RASEBN@raslg.com | Sep 04 2026 02:02:00 | USAA Federal Savings Bank, c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC, 6409 Congress Ave Ste 100, Boca Raton, FL 33487-2853 |
| 15106298 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 04 2026 02:02:00 | Us Bk Cacs, Attn: Bankruptcy, PO Box 5229, Cincinatti, OH 45201-5229 |
| 15129963 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 04 2026 02:05:52 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15130238 | | Email/PDF: ebn_ais@aisinfo.com | Sep 04 2026 02:05:51 | Verizon by AIS InfoSource LP as agent, PO Box 4457, Houston TX 77210-4457 |

TOTAL: 51

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15107901 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Sean J. Townsend help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Sean J. Townsend | ) | Case No. 26−10704−djb |
| Debtor(s). | ) | Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: September 3, 2026

For The Court

Derek J Baker
Judge, United States Bankruptcy Court